UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Sidney Jacobs<br><br>            Plaintiff-Appellant,<br>vs.<br><br>Mandalay Corp, dba<br>Mandalay Bay Resort and<br>Casino<br><br>            Defendant-Appellee. | District No.   2:08-CV-0640 RLH-LRL<br><br>U.S.C.A. No.   08-17765 |

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 6/2/10, issued its judgment REVERSING and REMANDING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

IT IS FURTHER ORDERED this matter is hereby remanded to the Eighth Judicial District Court of the State of Nevada, Clark County.

Dated this 8th day of June, 2010.

*Roger L. Hunt*
Roger L. Hunt
Chief United States District Judge